IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOLITA MILLER | |
| Plaintiff, | CIVIL ACTION FILE NO.: |
| v. | |
| RAVENSCROFT TRUCKING, LLC d/b/a RAVENSCROFT TRUCKING, SENTRY SELECT INSURANCE COMPANY and PATRICK ROBERT BOJAR. | |
| Defendants. | |

## NOTICE OF REMOVAL

COMES NOW Defendant SENTRY SELECT INSURANCE COMPANY ("Sentry"), by and through the undersigned counsel, and without waiving any defenses as to jurisdiction or proper party, file this Notice of Removal as follows:

1.

Plaintiff LOLITA MILLER filed a civil action against Defendants in the State Court of Cobb County, Georgia, Civil Action No. 21-A-522. A copy of the Complaint and all pleadings filed in State Court are attached hereto as Exhibit "A".

2.

Upon information and belief, Plaintiff is a resident of the State of Georgia.

M0700140.1 15014

3.

At the time of filing the Complaint, Defendant PATRICK ROBERT BOJAR, improperly named as Patrick Robert Mojar, was a resident of the State of Wisconsin.

4.

At the time of the filing of the Complaint, Defendant RAVENSCROFT TRUCKING, LLC d/b/a RAVENSCROFT TRUCKING was a foreign limited liability company registered in Georgia with its principal place of business in Wisconsin.

5.

Defendant SENTRY SELECT INSURANCE COMPANY is a corporation organized and formed in Wisconsin with its principal place of business located at 1800 N Point Drive, Stevens Point, WI 54481. Sentry is a citizen of Wisconsin for purposes of determining diversity jurisdiction. See Kong V. Allied Prof I Ins. Co., 750 F.3d 1295, 1299 (11th Cir. 2014) ("a corporation is generally deemed to be a citizen of every state in which is incorporated, as well as the state in which it maintains its principal place of business"). A true copy of Sentry's annual registration with the Georgia Secretary of State is attached hereto as Exhibit "B"

6.

Plaintiff alleges that Defendants are liable for damages related to the Plaintiff's alleged personal injuries.  Specifically, she has asserted claims for physical and mental pain and suffering, lost wages, and medical expenses. (See Complaint). Based on the Plaintiff's pre-suit demand, the alleged medical bills alone total $247,950.07, and she is seeking $1,000,000.00 in damages. (See Plaintiff's Pre-Suit Demand, attached hereto as Exhibit "C").

7.

The foregoing action is properly removable to this Court, pursuant to 28 U.S.C. §§ 1441(a), 1446(a) and 1446(b) and 1332(a), because there is a complete diversity of citizenship between Plaintiff and Defendants, and the matter in controversy, exclusive of interest and costs of this action, exceeds the sum of $75,000.00.

8.

Defendants PATRICK ROBERT BOJAR and RAVENSCROFT TRUCKING, LLC d/b/a RAVENSCROFT TRUCKING are represented by the same defense counsel as Defendant Sentry and consent to removal of this action.

9.

Defendant Sentry hereby gives notice within thirty (30) days after service and receipt by Sentry of a copy of the Complaint filed in the State Court of Cobb County, State of Georgia, pursuant to 28 U.S.C. § 1446 and Rule 11 of the Federal Rules of Civil Procedure, of the removal of said action to this Court.

10.

Defendant Sentry has simultaneously filed a Notice of Filing Removal in the State Court of Cobb County, State of Georgia. A copy of the Notice of Filing Removal, exclusive of exhibits, being filed with the State Court of Cobb County is attached hereto as Exhibit "D".

Respectfully submitted this 15th day of March 2021.

McMICKLE KUREY & BRANCH, LLP

*/s/ Scott W. McMickle*
SCOTT W. MCMICKLE
Georgia Bar No.:  497779
MATTHEW R. SESSIONS
Georgia Bar No.:  899806
***Attorneys for Defendants***

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:  (678) 824-7800
Fax:  (678) 824-7801
swm@mkblawfirm.com
msessions@mkblawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Danielle M. Griffith, Esq.
Riah Greathouse, Esq.
Greathouse Trial Law, LLC
260 Peachtree Street NW, Suite 803
Atlanta, GA 30303
***Attorneys for Plaintiff***

This 15th day of March 2021.

*/s/ Scott W. McMickle*
SCOTT W. MCMICKLE
For the Firm