# Exhibit A

**General Civil and Domestic Relations Case Filing Information Form**

⊕ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-522**

FEB 10, 2021 02:36 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

☐ Superior or ☑ State Court of __Cobb__ _____ **County**

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** 02-10-2021 | **Case Number** 21-A-522 |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

Miller, Lolita

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

Ravenscroft Trucking, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Sentry Select Insurance Company

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Bojar, Patrick Robert

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** Griffith, Danielle M.      **Bar Number** 959627      **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ☑ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
      **Case Number**                              **Case Number**

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
      **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

_____

Version 1.1.20

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

✒ **EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-522**

FEB 10, 2021 02:36 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

LOLITA MILLER,

                PLAINTIFF,

v.

RAVENSCROFT TRUCKING, LLC
d/b/a RAVENSCROFT TRUCKING,
SENTRY SELECT INSURANCE
COMPANY AND PATRICK ROBERT
MOJAR,

                DEFENDANTS,

Civil Action No. _____

## COMPLAINT

COMES NOW Lolita Miller, Plaintiff in the above-captioned matter, by and through her attorneys, Danielle M. Griffith, Esq. and Riah Greathouse, Esq. and brings this personal injury lawsuit against Defendants Ravenscroft Trucking, LLC d/b/a Ravenscroft Trucking, Sentry Select Insurance Company and Patrick Robert Mojar (hereinafter and collectively referred to as "Defendants") and in support thereof states his claim as follows:

### PARTIES, JURISDICTION AND VENUE

1.  Plaintiff is a citizen of the State of Georgia.

2.  Defendant Ravenscroft Trucking, LLC d/b/a Ravenscroft Trucking (hereinafter "Defendant Ravenscroft") is a commercial motor carrier that owns and operates a 2011 Kenworth T600 bearing Wisconsin tag number 82858X that was involved in the Collision that forms the basis for this lawsuit.

3.  Defendant Ravenscroft's U.S. D.O.T # is 1265586.

4.  Defendant Ravenscroft is a domestic limited liability company in the State of Wisconsin, licensed to do business in the State of Georgia with its principal place of business located at 970 S Monroe Street, New Lisbon, WI 53959.

5.  Defendant Ravenscroft has designated as its agent for service Michael W.

Ravenscroft, N5104 U.S. Highway 12 & 16, Mauston, Juneau County, Wisconsin 53948 upon whom service of the Summons and Complaint for Damages can be made.

6.  Defendant Ravenscroft is subject to the jurisdiction of this Court.

7.  Venue is proper in this Court as to Defendant Ravenscroft pursuant to O.C.G.A. § 14-5-510(b)(4).

8.  Defendant Sentry Select Insurance Company (hereinafter "Sentry Select") is a foreign insurance company, licensed to do business in the State of Georgia, with its principal place of business located at 1800 North Point Dr, Stevens Point, WI 54481.

9.  Defendant Sentry Select provided a liability insurance policy on behalf of Defendants Ravenscroft and Bojar, that being policy no. A0119510001. Said policy was in effect on May 8, 2019.

10. Service may be made upon Defendant Sentry Select by serving its registered agent, C T Corporation System, 289 S Culver Street, Lawrenceville, Gwinnett County, GA 30046.

11. Defendant Sentry Select is subject to the jurisdiction of this Court pursuant to O.C.G.A. § 40-1-112 and O.C.G.A. § 40-2-140.

12. Venue is proper in this Court as to Defendant Sentry Select pursuant to O.C.G.A. § 14-5-510(b)(4).

13. Defendant Patrick Robert Bojar (hereinafter "Defendant Bojar") is a resident of the State of Wisconsin.

14. Defendant Bojar may be served pursuant to *O.C.G.A. § 40-12-2* via certified and/or statutory overnight delivery to his home address of 221 McDivitt Lane, Mukwonago, WI 53149, and by serving a copy of the Summons and Complaint upon the Secretary of State.

15. Defendant Bojar is subject to the jurisdiction of this Court pursuant to O.C.G.A. § 9-10-91.

16. Venue is proper in this Court as to Defendant Bojar pursuant to O.C.G.A. § 14-5-510(b)(4).

## BACKGROUND

17.  On May 8, 2019, Plaintiff was operating her 2018 Nissan Versa S Plus (hereinafter "Plaintiff Vehicle") traveling southbound on I-75 in Cobb County, Georgia.

18.  Defendant Bojar was operating a 2011 Kenworth T600 (hereinafter "Defendant Vehicle"), owned by Ravenscroft Trucking, LLC. and bearing Wisconsin tag number 82858X.

19.  Defendant Bojar was traveling in the same direction as Plaintiff, on the same road, three cars behind Plaintiff.

20.  Plaintiff and the two vehicles behind her were stopped on I-75 due to traffic congestion.

21.  At all times relevant to this Complaint, Plaintiff operated the Plaintiff Vehicle in a cautious, careful and prudent manner.

22.  Suddenly, and without warning, Defendant Bojar, who was traveling too fast for conditions, struck the tractor-trailer that was positioned two vehicles behind Plaintiff, causing that tractor-trailer to strike the tractor-trailer in front of it, which then caused that tractor-trailer to strike the Plaintiff Vehicle, which caused the Plaintiff Vehicle to strike the vehicle immediately in front of Plaintiff.

23.  Defendant Bojar's negligent and/or reckless operation of the Defendant Vehicle was the direct and proximate cause of the Collision.

24.  At all times herein, Defendant Bojar was an employee and agent of Defendant Ravenscroft and operated the Defendant Vehicle in the course and scope of his employment with Ravenscroft Trucking.

25.  As a result of Defendant Bojar's negligence and/or reckless operation of Defendant Vehicle, Plaintiff suffered traumatic physical and psychological personal injuries and damages which drastically affect(ed) the quality of her life.

## <u>COUNT I – NEGLIGENCE OF DEFENDANT</u>

26.  Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1

through 25 above as if fully restated.

27. Defendant Bojar owed a duty to other motorists, including Plaintiff, to operate Defendant Vehicle in a safe manner, to maintain a proper lookout, to maintain control of his vehicle, and to obey all traffic regulations and rules of the road.

28. Defendant Bojar breached his duty to Plaintiff when he caused the Collision by committing, without limitation, the following negligent and/or reckless acts or omissions:

    28.1.   Following too closely;

    28.2.   Driving too fast for conditions;

    28.3.   Failing to keep a proper lookout;

    28.4.   Failing to keep vehicle under due and proper control;

    28.5.   Failing to exercise due and reasonable care; and

    28.6.   Driving while distracted.

29. In causing the Collision, Defendant Bojar also violated applicable statutes of the State of Georgia, the violation of which constitutes negligence *per se,* which either singularly or in combination with other acts or omissions described herein was the cause-in-fact of the Collision, including, without limitation, the following:

    29.1.   O.C.G.A § 40-6-49 – following too closely;

    29.2.   O.C.G.A § 40-6-241 – failure to exercise due care;

    29.3.   O.C.G.A § 51-1-2 – failure to exercise ordinary care; and

    29.4.   O.C.G.A § 40-6-390 – reckless driving.

30. Defendant Bojar was found at fault for the Collision and cited for following too closely in violation of O.C.G.A § 40-6-49.

31. Plaintiff's personal injuries were directly and proximately caused by Defendant Bojar's negligence and/or recklessness.

## COUNT II - IMPUTED LIABILITY

32. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 31 above as if fully restated.

33. At the time of the Collision, Defendant Bojar was under dispatch for, and/or driving within the course and scope of his employment with Defendant Ravenscroft.

34. Defendant Ravenscroft is an interstate motor carrier, and pursuant to federal and state laws, is responsible for the actions of Defendant Bojar with regard to the Collision under the doctrines of lease liability, agency, vicarious, or apparent liability agency.

## COUNT III – NEGLIGENT HIRING, TRAINING & SUPERVISION BY DEFENDANT RAVENSCROFT

35. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 34 above as if fully restated.

36. Defendant Ravenscroft was negligent in hiring Defendant Bojar and entrusting him to drive a commercial motor vehicle.

37. Defendant Ravenscroft was negligent in failing to properly train Defendant Bojar.

38. Defendant Ravenscroft was negligent in failing to discharge Defendant Bojar before the Collision.

39. Defendant Ravenscroft was negligent in failing to properly supervise Defendant Bojar.

40. Defendant Ravenscroft was negligent in failing to promulgate and enforce company policies, procedures and rules for the protection of the public, including but not limited to Plaintiff.

41. Defendant Ravenscroft's negligence in hiring Defendant Bojar entrusting him with driving a commercial vehicle and failing to train and properly supervise him proximately caused Plaintiff's injuries and damages.

## COUNT IV – DIRECT ACTION

42. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 41 above as if fully restated.

43. Defendant Sentry Select is subject to a direct action as insurers for Defendants Ravenscroft and Bojar pursuant to O.C.G.A. § 40-1-112 and O.C.G.A. § 40-2-140.

44. Defendant Sentry Select was the insurer of Defendants Ravenscroft and Bojar at the time of the Collision and issued a liability policy that affords coverage in this case.

45. Defendant Sentry Select is subject to the filing requirements outlined in O.C.G.A. § 40-1-112 and O.C.G.A. § 40-2-140.

46. Defendant Sentry Select is responsible for any judgment rendered against Defendants Ravenscroft and Bojar.

## COUNT V - DAMAGES

47. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 46 above as if fully restated.

48. Each of the forgoing acts and omissions constitute an independent act of negligence on the part of Defendants and one or more or all above stated acts were the proximate causes of the injuries to Plaintiff.

49. Defendants are jointly and severally liable for Plaintiff's injuries sustained, pain and suffering, cost of treatment and all other elements of damages allowed under the laws of the State of Georgia.

50. But for the negligence of Defendants, Plaintiff would not have suffered injuries and damages that will be proven at trial.

51. Defendants' actions evidence a species of bad faith, were and are stubbornly litigious, and have caused Plaintiff undue expense. Thus, Plaintiff is entitled to recover necessary expenses of litigation, including an award of reasonable attorney's fees and expenses required by this action, pursuant to O.C.G.A. §13-6-11, as well as any other statutory or common law basis.

52. Plaintiff is entitled to an award of punitive damages without limitation or cap because the actions of Defendants and their agents were willful, wanton, and showed an entire want of care which would raise the presumption of conscious indifference to consequences. Plaintiff is accordingly entitled to recover punitive damages, without limitation or cap, from Defendants, in accordance with the enlightened conscience of an impartial jury.

53. Plaintiff seeks to and is entitled to recover for:

    53.1.  Personal injuries;

    53.2.  Past, present, and future pain and suffering;

    53.3.  Disability;

    53.4.  Disfigurement;

    53.5.  Mental anguish;

    53.6.  Loss of capacity for the enjoyment of life;

    53.7.  Economic losses;

    53.8.  Incidental expenses;

    53.9.  Past, present, and future medical expenses;

    53.10. Lost earnings;

    53.11. Loss of earning capacity;

    53.12. Permanent injuries; and

    53.13. Consequential damages to be proven at trial.

        WHEREFORE, Plaintiff prays that process and summons be issued for service upon Defendants, in accordance with Georgia law, and that she have a trial by jury on all issues, and judgment be awarded to Plaintiff and against Defendants, for the following:

    a.  For past, present and future medical and doctor expenses in an amount to be proven through the evidence at the trial;

b.   For past, present, and future pain and suffering in an amount to be established through the conscience of the jury;

c.   For past, present, and future travel expenses for seeking medical treatment in amounts to be proven at time of trial through the evidence;

d.   For past, present, and future lost wages and lost earning capacity in amounts to be proven at time of trial through the evidence;

e.   For expenses of litigation, including but not limited to reasonable attorney' s fees, as defined by O.C.G.A.§ 13-6-11;

f.   That a jury be impaneled to resolve all factual disputes;

g.   That Plaintiff be awarded damages in amounts to be shown at trial and for such other and further relief, the Court deems just and proper; and

h.   That Plaintiff be allowed to freely amend this Complaint in order to avoid manifest injustice.

Submitted on this 10th day of February, 2021.


**Greathouse Trial Law, LLC**
260 Peachtree Street NW
Suite 803
Atlanta, GA 30303
Telephone No.: 678-310-2827
Facsimile No.: 404-393-3281
Danielle@atltiriallaw.com
Riah@atltriallaw.com

*/s/ Danielle M. Griffith*
Danielle M. Griffith, Esq.
Georgia Bar No. 959627
Riah Greathouse, Esq.
Georgia Bar No. 403830
*Attorneys for Plaintiff*

- 8 -

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  <u>21-A-522</u>

$198.00 COST PAID

Miller, Lolita

---

**PLAINTIFF**

**VS.**

Ravenscroft Trucking, LLC, DBA Ravenscroft
Trucking
Sentry Select Insurance Company
Bojar, Patrick Robert

---

**DEFENDANTS**

### SUMMONS

TO: SENTRY SELECT INSURANCE COMPANY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Danielle M. Griffith**
> **Greathouse Trial Law, LLC**
> **260 Peachtree Street NW**
> **Suite 803**
> **Atlanta, Georgia 30303**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of February, 2021.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  <u>21-A-522</u>

$198.00 COST PAID

Miller, Lolita

_____

**PLAINTIFF**

<b>VS.</b>

Ravenscroft Trucking, LLC, DBA Ravenscroft
Trucking
Sentry Select Insurance Company
Bojar, Patrick Robert

_____

**DEFENDANTS**

<b>SUMMONS</b>

TO: RAVENSCROFT TRUCKING, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the
Plaintiff's attorney, whose name and address is:

> **Danielle M. Griffith**
> **Greathouse Trial Law, LLC**
> **260 Peachtree Street NW**
> **Suite 803**
> **Atlanta, Georgia 30303**

an answer to the complaint which is herewith served upon you, within 30 days after service of
this summons upon you, exclusive of the day of service. If this action pertains to a Protective
Order, the Answer is to be filed and served on or before the scheduled hearing date attached.
If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint.

**This 10th day of February, 2021.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  21-A-522

$198.00 COST PAID

Miller, Lolita

_____
**PLAINTIFF**

**VS.**

Ravenscroft Trucking, LLC, DBA Ravenscroft
Trucking
Sentry Select Insurance Company
Bojar, Patrick Robert

_____
**DEFENDANTS**

**SUMMONS**

TO: BOJAR, PATRICK ROBERT

You are hereby summoned and required to file with the Clerk of said court and serve upon the
Plaintiff's attorney, whose name and address is:

> **Danielle M. Griffith**
> **Greathouse Trial Law, LLC**
> **260 Peachtree Street NW**
> **Suite 803**
> **Atlanta, Georgia 30303**

an answer to the complaint which is herewith served upon you, within 30 days after service of
this summons upon you, exclusive of the day of service. If this action pertains to a Protective
Order, the Answer is to be filed and served on or before the scheduled hearing date attached.
If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint.

**This 10th day of February, 2021.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630                    Page 1 of 1
(770) 528-1220 Building B, First Floor-Civil Division

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  <u>21-A-522</u>

$198.00 COST PAID

Miller, Lolita

---
**PLAINTIFF**

**VS.**

Ravenscroft Trucking, LLC, DBA Ravenscroft
Trucking
Sentry Select Insurance Company
Bojar, Patrick Robert

---
**DEFENDANTS**

**SUMMONS**

TO: AMERICAN BUSINESS INSURANCE SERVICES, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the
Plaintiff's attorney, whose name and address is:

> **Danielle M. Griffith**
> **Greathouse Trial Law, LLC**
> **260 Peachtree Street NW**
> **Suite 803**
> **Atlanta, Georgia 30303**

an answer to the complaint which is herewith served upon you, within 30 days after service of
this summons upon you, exclusive of the day of service. If this action pertains to a Protective
Order, the Answer is to be filed and served on or before the scheduled hearing date attached.
If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint.

**This 10th day of February, 2021.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

## AFFIDAVIT OF SERVICE

✦ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-522**

FEB 16, 2021 08:42 AM

*Robin C. Bishop*
Clerk of State Court
Cobb County, Georgia

| Case:<br>21-A-522 | Court:<br>State Court of Cobb County | County:<br>Cobb, GA | Job:<br>5346697 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Lolita Miller | | **Defendant / Respondent:**<br>Ravenscroft Trucking, LLC d/b/a Ravenscroft Trucking, Sentry Select<br>Insurance Company and Patrick Robert Mojar | |
| **Received by:**<br>Trusted Eye Legal Services LLC | | **For:**<br>Greathouse Trial Law | |
| **To be served upon:**<br>Sentry Select Insurance Company | | | |

I, Kenneth Walker, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Sentry Select Insurance Company, 289 Culver Street, Lawernceville, GA 30046

**Manner of Service:**   Registered Agent, 10:22 AM Feb 12, 2021

**Documents:**   Summons, Complaint

**Additional Comments:**
Successful Attempt: 10:22 AM Feb 12, 2021 at Sentry Select Insurance Company, 289 S. Culver Street, Lawrenceville, GA 30046 Registered Agent.

_Kenneth Walker_                   2/12/2021
Kenneth Walker                     **Date**

Trusted Eye Legal Services LLC
4827 Old National HWY PMB 10002
Atlanta, GA 30337

Subscribed and sworn to before me by the affiant who is
personally known to me.

_Melody Walker_
Notary Public
2-12-21
**Date**                         **Commission Expires**

MELODY WALKER
NOTARY
GEORGIA
EXPIRES
08-19-2023
PUBLIC
LONG COUNTY